UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ) Magistrate's Case No. '07 MJ 2251
vs. )
Francisco JOHNSON ) COMPLAINT FOR VIOLATION OF
) 21 U.S.C. 952 and 960
)
) Unlawful Importation of a Controlled Substance
)
)
)

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about September 17, 2007, within the Southern District of California, defendant Francisco JOHNSON did knowingly and intentionally import approximately 45.25 kilograms (99.76 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 18th day of September, 2007.

_____
United States Magistrate Judge

United States of America
     VS.
Francisco JOHNSON

## PROBABLE CAUSE STATEMENT

On September 17, 2007 at approximately 07:45 hours, Francisco JOHNSON entered the United States from Mexico at the San Ysidro Port of Entry San Diego, California as the driver and sole occupant of a GMC Yukon XL bearing California license plate 5PHH004. During primary inspections, a Customs and Border Protection Officer (CBPO) came in contact with JOHNSON. JOHNSON stated he was going home to Bakerfield, CA. The CBPO asked about the speaker box. JOHNSON replied that the speaker had been mounted in the vehicle for about a year. CBPO received two negative customs declarations from JOHNSON. JOHNSON was then referred into vehicle secondary for further inspection.

While in vehicle secondary, a CBPO noticed the speaker box being very heavy. The CBPO then handed JOHNSON a screwdriver and asked JOHNSON to remove the speakers from the box. When JOHNSON removed the last screw, the CBPO noticed several packages wrapped in tan tape inside the speaker box. A total of 28 packages containing approximately 45.25 kilograms of marijuana were found concealed within a speaker box inside the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of marijuana.

JOHNSON was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.